## Commonwealth, Appellant, v. Wylie.

Submitted June 18, 1974. *David Richman, Thomas E. Butler, Jr., Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellant; *A. Benjamin Johnson, Jr.,* for appellee.

Order affirmed.

## Commonwealth v. Yelverton, Appellant.

Submitted December 6, 1974. *Michael J. Stack, Jr.,* and *O'Halloran, Stack, Smith & Ginley,* for appellant; *John D. Cooper, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.